IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN BLOOM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICAL DEPOT, INC., *also known as DRIVE MEDICAL, doing business as DRIVE DEVILBISS HEALTHCARE*, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 24-1783-KSM |

## ORDER

**AND NOW** this 30th day of September, 2025, upon consideration of Defendant's motions to exclude the opinions of Plaintiff's experts (Doc. Nos. 37–40), Plaintiff's opposition briefs (Doc. Nos. 43, 45), Defendant's reply briefs (Doc. Nos. 48, 50), Defendant's motion for summary judgment (Doc. Nos. 34–35), Plaintiff's opposition brief (Doc. No. 44), and Defendant's reply brief (Doc. No. 49), it is **ORDERED** that the motions are **DENIED.**[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**

---

[1] The Court will issue a revised case management order shortly.